UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:21-cv-590

| | |
|---|---|
| MATTHEW BRUEHL, M.D., <br><br> Plaintiff, <br><br> v. <br><br> Duke University Medical Center, and Private Diagnostic Clinic, PLLC <br><br> Defendants. | **CORRECTED** *AMENDED* **CERTIFICATE OF SERVICE FOR FIRST AMENDED COMPLAINT** |

This is to certify that the undersigned has this day (09.16.2021) emailed a copy of the First Amended Complaint to counsel for defendant listed below per 09.01.2021 the agreement by counsel to electronic service (attached):

>John A. Zaloom
>johnzaloom@mvalaw.com
>Moore & Van Allen PLLC
>Attorney for Defendant Private Diagnostic Clinic

The undersigned further certifies that counsel for Defendant below received a copy of the First Amended Complaint previously via email on 09.02.2021 (attached), per the original certificate of service and the agreement by counsel to electronic service (attached):

>Bob A. Sar
>Bob.sar@ogletree.com
>Michael Cohen
>Michael.cohen@ogletree.com
>Ogletree Deakins et al
>Attorney for Defendant Duke University

- 1 -

This the 16th day of September 2021.

    /S/ VALERIE BATEMAN
NC State Bar: 13417
T/F 919-436-3592
FORREST FIRM, P.C.
406 Blackwell St., Suite 420
Durham, NC 27701
valerie.bateman@forrestfirm.com

/S/ RACHEL M. BLUNK
NC State Bar: 42694
T/F 336-663-1052
FORREST FIRM, P.C.
125 S Elm St., Suite 100
Greensboro, NC 27401
rachel.blunk@forrestfirm.com

Attorneys for Plaintiff

## CERTIFICATE OF FILING AND SERVICE

This is to certify that the undersigned has this day electronically filed the foregoing **CORRECTED Amended Certificate of Service for the First Amended Complaint** with the Clerk of Court using the CM/ECF system, which will not send notification of such filing to counsel listed below because they have not filed a notice of appearance, and thus the undersigned will email a copy of the same to the counsel listed below:

> John A. Zaloom
> johnzaloom@mvalaw.com
> Moore & Van Allen PLLC
> Attorney for Defendant Private Diagnostic Clinic
>
> Bob A. Sar
> Bob.sar@ogletree.com
> Michael Cohen
> Michael.cohen@ogletree.com
> Ogletree Deakins et al
> Attorney for Defendant Duke University

This the 16th day of September 2021.

/s/ VALERIE L. BATEMAN
FORREST FIRM, P.C.