IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO.: 1:21-CV-00590

| | |
|---|---|
| MATTHEW BRUEHL, M.D., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DUKE UNIVERSITY, DUKE )<br>UNIVERSITY SCHOOL OF )<br>MEDICINE, DUKE UNIVERSITY )<br>HEALTH SYSTEM, INC., and )<br>PRIVATE DIAGNOSTIC CLINIC, )<br>PLLC, )<br>)<br>Defendants. | **JOINT STIPULATION TO ELECTRONIC SERVICE OF DOCUMENTS** |

Pursuant to Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure and by and through their undersigned attorneys, Plaintiff Matthew Bruehl, M.D., and Defendants Duke University and Private Diagnostic Clinic, PLLC, hereby agree and stipulate that any document required to be served pursuant to Rule 5(a) of the Federal Rules of Civil Procedure, but which is not submitted for filing using the Court's Case Management/Electronic Case Filing system (CM/ECF), shall be considered properly served on a party if the document is sent by electronic mail to counsel for that party using the e-mail address designated in each counsel's signature below.

The following conditions shall apply:

(1) Service of a document will be considered effective as of a particular date if the email attaching the document is transmitted to the recipient's email server by 11:59 p.m. EST on that date.

(2) If the sender receives notification that a message was not delivered to the recipient, the document will not be considered served until: (1) the message is re-sent and a notice of delivery failure is not received; or (2) the document is transmitted by other means allowed pursuant to Rule 5;

(3) If a party wishes to serve a document with a file size too large to be transmitted by the sender's email server or accepted by the recipient's email server, the party may serve the document by making the file available for download on a file-sharing site and emailing a link that may be used by the recipient to access and download the document.

(4) If any party wishes to change the email address designated for receipt of electronic service of documents pursuant to this stipulation, they shall circulate written notice of the changed email address to all parties at the email addresses designated below.

(5) This stipulation is effective as of the date below.

This the 1st day of September 2021.

| FORREST FIRM, P.C. | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/   VALERIE BATEMAN<br>Valerie Bateman, N.C. Bar No. 13417<br>Rachel M. Blunk, N.C. Bar No. 42694<br>406 Blackwell St., Suite 420<br>Durham, North Carolina 27701<br>Tel/Fax: (919) 436-3592<br>Email: valerie.bateman@forrestfirm.com<br>Email: rachel.blunk@forrestfirm.com<br><br>*Attorneys for Plaintiff* | /s/ Michael B. Cohen<br>Robert A. Sar, N.C. Bar No. 22306<br>Michael B. Cohen, N.C. Bar No. 50629<br>8529 Six Forks Road, Forum IV, Suite 600<br>Raleigh, North Carolina 27615<br>Telephone: 919.787.9700<br>Facsimile: 919.783.9412<br>E-mail: bob.sar@ogletree.com<br>E-mail: michael.cohen@ogletree.com |

*Attorneys for Defendant Duke University*

MOORE & VAN ALLEN PLLC

/s/ John A. Zaloom
John A. Zaloom, N.C. Bar No. 30557
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202
Telephone: 919-286-8182
E-mail: johnzaloom@mvalaw.com

*Attorneys for Defendant Private Diagnostic Clinic, PLLC*

48412833.1