IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MATTHEW BRUEHL, M.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DUKE UNIVERSITY, DUKE UNIVERSITY SCHOOL OF MEDICINE, DUKE UNIVERSITY HEALTH SYSTEM, INC., AND PRIVATE DIAGNOSTIC CLINIC, PLLC, | )   1:21CV590 |
| | ) |
| Defendants. | ) |

**JUDGMENT**

For the reasons stated in the Memorandum Opinion and Order filed contemporaneously with this Judgment, IT IS HEREBY ORDERED AND ADJUDGED that Private Diagnostic Clinic's Motion to Dismiss [Doc. #37] is GRANTED IN PART as to Count I; that Duke University, Duke University School of Medicine, and Duke University Health System, Inc.'s Motion to Dismiss Plaintiff's Second Amended Complaint [Doc. #39] is GRANTED IN PART as to Count I; that Count I is dismissed with prejudice and Count II is dismissed without prejudice; and that this action is dismissed.

This the 18th day of April, 2022.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge