IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MATTHEW BRUEHL, M.D., )
)
      Plaintiff, )
)
v. )
)
DUKE UNIVERSITY, DUKE )    1:21CV590
UNIVERSITY SCHOOL OF MEDICINE, )
DUKE UNIVERSITY HEALTH )
SYSTEM, INC., AND PRIVATE )
DIAGNOSTIC CLINIC, PLLC, )
)
      Defendants. )

**AMENDED JUDGMENT**

For the reasons stated in the Memorandum Opinion and Order [Doc. #48] and the Order [Doc. #50] in this matter, IT IS HEREBY ORDERED AND ADJUDGED that Private Diagnostic Clinic's Motion to Dismiss [Doc. #37] is GRANTED IN PART as to Count I; that Duke University, Duke University School of Medicine, and Duke University Health System, Inc.'s Motion to Dismiss Plaintiff's Second Amended Complaint [Doc. #39] is GRANTED IN PART as to Count I; that Count I is dismissed with prejudice and Count II is dismissed without prejudice.

IT IS FURTHER ORDERED AND ADJUDGED that Private Diagnostic Clinic's Counterclaims are dismissed without prejudice; and that this action is dismissed.

This the 2nd day of May, 2022.

                                                /s/ N. Carlton Tilley, Jr.
                                            Senior United States District Judge